# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MARNER PO, | Case No. 0:16-cv-03960-PJS-KMM |
| Petitioner, | |
| v. | |
| LORETTA LYNCH, Attorney General; JEH JOHNSON, Secretary of Department of Homeland Security; PETER R. BERG, ICE Field Director of the St. Paul ICE Field Office; WARDEN OF CARVER COUNTY, Carver County Sheriff; | **ORDER** |
| Respondents. | |

Marner Po, 1574 Sloan Street, St. Paul, MN 55130, petitioner pro se

Ana H. Voss, D. Gerald Wilhelm, Assistant United States Attorneys, United States Attorney's Office, 300 S 4th St Ste 600, Minneapolis, MN 55415, counsel for respondents

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated January 19, 2017.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that this action is **DISMISSED** as moot.

**Let judgment be entered accordingly.**

Date: 2/15/17

    s/Patrick J. Schiltz
    Patrick J. Schiltz
    United States District Judge